JEROME P. BIGNALL, APPELLANT, *v.* ARNOLD M.
HARRIS AND ERWIN L. HARRIS, RESPONDENTS.

APPEAL from a judgment for defendant, entered on the report of a referee.

The action was brought upon two promissory notes, and the defense was interposed, that the notes were given upon a settlement

between the parties for services rendered by the plaintiff, and by mistake were given for $400 too much. The referee found for the defendant. The court, after a review of the evidence, was of opinion that the evidence did not justify the finding, and reversed the judgment.

*D. O'Brien,* for the appellant.

*Winn & Porter,* for the respondents.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed, the order of reference vacated, and a new trial granted; costs to abide event.